# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| CRAIG D. BARBER, | : | Case No. 1:18-cv-911 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | |
| UNITED STATES OF AMERICA, *et al.*, | : | |
| Defendants. | : | |

## ORDER

This matter is before the Court on Plaintiff's motion to dismiss Defendants Cleveland Clinic and the Cleveland Clinic Foundation (Doc. 8) pursuant to Fed. R. Civ. P. 41(a)(2). For good cause shown, that motion (Doc. 8) is **GRANTED**. Accordingly, Defendants Cleveland Clinic and the Cleveland Clinic Foundation are **DISMISSED with prejudice** as parties to this action.

**IT IS SO ORDERED.**

Date: 2/5/19

*s/ Timothy S. Black*
Timothy S. Black
United States District Judge